United States Bankruptcy Court for the:

Eastern District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Glasses4you LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   dba My Eyelab

3. **Debtor's federal Employer Identification Number (EIN)**  
   85-4311846

4. **Debtor's address**

   **Principal place of business**  
   905 E. Hwy 82 #103  
   Number   Street  

   Gainesville    TX    76240  
   City   State   ZIP Code  

   Cooke County  
   County  

   **Mailing address, if different from principal place of business**  
   _____  
   Number   Street  

   _____  
   P.O. Box  

   _____  
   City   State   ZIP Code  

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number   Street  

   _____  

   _____  
   City   State   ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**  
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other. Specify: _____

Debtor  Glasses4you LLC  Case number (if known)_____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6213

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11.  *Check **all** that apply*:

  A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
              District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                              MM / DD / YYYY
         Case number, if known _____

Debtor  Glasses4you LLC _____     Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
                         Number      Street

_____
_____
City                                State    ZIP Code

**Is the property insured?**

❑ No
❑ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49
☑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million

❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

Debtor  Glasses4you LLC    Case number (*if known*)_____
       Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/14/2023
            MM / DD / YYYY

✗ /s/ Zulqarnain A. Shaikh          Zulqarnain A. Shaikh
Signature of authorized representative of debtor    Printed name

Title  Owner

**18. Signature of attorney**

✗ /s/ Andrew Nichols         Date  04/14/2023
Signature of attorney for debtor          MM / DD / YYYY

Andrew Nichols
Printed name
Law Office of Andrew B. Nichols
Firm name
7920 Beltline Rd., Suite 650
Number   Street
Dallas                    TX     75254
City                     State   ZIP Code

214-971-2445              a_nichols_law@protonmail.com
Contact phone             Email address

14993220                  TX
Bar number                State

ABB Optical Group - Dept 710064
PO Box 514670
Los Angeles, CA 90051

Alan Leider
935 S. Dixon St.
Gainesville, TX 76240

Amanda Anderson
1808 Sharon Drive
Corinth, TX 76210

Ashley Rodriguez
915 E. Highway 82
Gainesville, TX 76240

Biatrice Altamirano
711 Throckmorton St.
Gainesville, TX 76240

Billy Barnes
479 Blackjack Rd.
Valley View, TX 76272

Brisa Lerma
1406 N. Culberson St
Gainesville, TX 76240

Carecredit/ Synchrony Bank
PO Box 965068
Orlando, FL 32896

Cirro Energy
US Retailers, LLC
PO Box 660004
Dallas, TX 75266

Clover
4115 N. Mathilda Ave
Sunnyvale, CA 94085

Cody Eller
621 Mary Niblack Rd
Ardmore, OK 73401

Colleen Frampton
400 E. Boggess St., Apt.21
Saint Jo, TX 76265

Commercial Realtor
R/Max Town & Country
301 S. Waters RD, Suite 100
Allen, TX 75013

Connectone Bank
PO Box 3390
New York, NY 10008

Consult With Us, LLC
4633 Coit Road
Suite 320
Frisco, TX 75035

Deann Smith
291 Old Spanish Tlr
Valley View, TX 76272

Estevan Ramon Torres
18252 Bonnie St.
Thackerville, OK 73459

Faith Mead
610 Christopher St.
Quitman, TX 75783

Floyd Hall
70 Dearborn St.
Valley View, TX 76272

Han Le
1214 N. Grand Ave.
Gainesville, TX 76240

Hayden Feldman
400 S. Culberson St.
Gainesville, TX 76240

Heather Koch
2911 E. Highway 82
Gainesville, TX 76240

IRS
P.O. Box 7346
Philadelphia, PA 19101

Jacob Felderhoff
721 N. Elm Street
Muenster, TX 76252

James Saunders
87 Castle Pines
Gordonville, TX 76245

Jane Lake
2625 Ashbriar Ln
Edmond, OK 73034

Janet Welch
4000 Hulen PL
Fort Worth
Fort Worth, TX 76107

Jerry Hernandez
1114 N. Morris St
Gainesville, TX 76240

Jerry Hernandez
1114 N. Morris St.
Gainesville, TX 76240

Jessica Halland
1056 Dennis Rd
Whitesboro, TX 76273

Jessica Shell
2000 Highway 82 W
Apt. 22
Whitesboro, TX 76273

Jesus Gonzalez
1803 Arkansas Street
Gainesville, TX 76240

Jordan Kalllhoff
631 County Road #163
Gainesville, TX 76240

Jordon Feldman
400 S. Culberson St.
Gainesville, TX 76240

Julia Hurd
23 Calvary Drive
Gainesville, TX 76240

Justina Brinkley
916 S Morris St.
Gainesville, TX 76240

Kaitlyn Lawler
3405 Columbus St
Gainesville, TX 76240

Katherine Myers
614 Elder St
Collinsville, TX 76233

Kori Willard
2629 N. FM 373
Muenster, TX 76252

Krystin Lidster
401 Meadow Drive
Gainesville, TX 76240

Kyle Weston
210 Good John St
Collinsville, TX 76233

Laura Bazaldua
1918 Arkansas St.
Gainesville, TX 76240

Leah Teer
409 Navajo Trail
Gainesville, TX 76240

M&D Optical Franchise, LLC
3801 S. Congress Avenue
Lake Worth, FL 33461

Marcos Gallegos
1602 E. California St.
Gainesville, TX 76240

Maria Ballard
702 Ash St.
Ardmore, OK 73401

Maria Diaz Orduna
1302 Belmont St.
Gainesville, TX 76240

Marimar Duarte
712 W Scott St.
Gainesville, TX 76240

Mary Gutierrez
1400 Old Sivells Bend Road 61
Gainesville, TX 76240

Matdey Ogg
9836 E. US Highway 82
Whitesboro, TX 76273

Maya Veliz
1125 Parkstone Drive
Aubrey, TX 76227

Mayra Gloria
334 Cunningham St.
Gainesville, TX 76240

Megan Powell
1061 N. Elm St.
Muenster, TX 76252

Miriam Mar
1715 E. Garnett St.
Gainesville, TX 76240

Misty Pittman
PO Box 104
Muenster, TX 76252

Morgan Herndon
236 County Road #134
Gainesville, TX 76240

Ms. Tara Pellegrino
General Counsel
3801 S. Congress Avenue
Lake Worth, FL 33461

Nortex Communications
PO Box 587
Muenster, TX 76252

Nowoptics
3801 S. Congress Avenue
Lake Worth, FL 33461

On the Clock, LLC
19176 hall Rd.
Suite 260
Clinton Township, MI 48038

Pamela Underwood
16329 FM 455
Forestburg, TX 76239

Paul Swirczynski
521 N. Elm St.
Muenster, TX 76252

PCS, Inc.
1948 E. Santa Fe
Suite A
Olathe, KS 66062

Penny Nelson
4978 FM 902
Apt. 301
Gainesville, TX 76240

Phillip Winegeart
8501 Hawks Nest Drive
Fort Worth, TX 76131

R.J.S. Marine , Inc.
1800 N. I35
Suite 200
Carrollton, TX 75006

R.J.S. Marine, Inc.
1800 N. I30E
Suite 200
Carrollton, TX 75006

Rachel Skaggs
234 County Road 131
Gainesville, TX 76240

Rylan Scholtes
400 Galena St.
Worthington, MN 56187

Service First Processing
PO Box 6600
Hagerstown, MD 21740

Shane Nichols
1810 College
Gainesville, TX 76240

Shellu ROlen
529 W Athens Ave.
Clovis, CA 93611

Shirley Moore
2008 N Interstate 35 Apt.9A
Gainesville, TX 76240

Sunbit
10940 Wilshire Blvd.
Los Angeles, CA 90024

Tanya Sprulell
101 Hillcrest Drive
Nocona, TX 76255

Texas Work Force Commission
UI Support & Customer Sevice
PO Box  370040
El Paso, TX 79937

Texas Workforce Commission
PO Box 149137
Austin, TX 78714

Tiffanu Crouch
125 Southside Drive
Gainesville, TX 76240

UPS
PO Box 650116
Dallas, TX 75265

Vickie Hall
70 Dearborn St.
Valley View, TX 76272

Vicky Hall
70 Dearborn St.
Valley View, TX 76272

Walter Suttles
3622 S. Interstate 35
Gainesville, TX 76240

United States Bankruptcy Court
Eastern District of Texas

In re: Glasses4you LLC

Debtor(s)

Case No.

Chapter 7

# Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/14/2023

/s/ Zulqarnain A. Shaikh
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor